**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:08-mc-00107     Document 3     Filed 03/20/2008     Page 1 of 1